# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00728-CV

**Gena Lisa Rice, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 2002-1754, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gena Lisa Rice moves to dismiss this appeal.  We grant the motion and dismiss this appeal.

_____

Mack Kidd, Justice

Before Justices Kidd, Patterson and Pemberton

Dismissed on Appellant's Motion

Filed:  December 16, 2004